SLIP OPINION

Cite as 2013 Ark. 486

# SUPREME COURT OF ARKANSAS

No. CR–13–671

ED DESHAWN HARRIS

APPELLANT

v.

STATE OF ARKANSAS

APPELLEE

Opinion Delivered    November 21, 2013

PRO SE MOTION TO CORRECT THE RECORD [PULASKI COUNTY CIRCUIT COURT, 60CR-09-1184, HON. CHRISTOPHER CHARLES PIAZZA, JUDGE]

MOTION GRANTED; REMANDED TO SETTLE THE RECORD.

## PER CURIAM

Appellant Ed Deshawn Harris timely lodged in this court an appeal from an order of the Pulaski County Circuit Court denying his pro se petition for writ of error coram nobis. Now before us is appellant's pro se motion to correct the record. We agree that the record appears to be incorrect, and we remand to the circuit court to settle the record.

The record, as appellant notes in his motion, contains the judgment-and-commitment order of Justin Lamar Eason, a codefendant of appellant's, but does not include appellant's judgment-and-commitment order. This court may direct that an omission in a record on appeal be corrected by filing a certified, supplemental record. Ark. R. App. P.–Civil 6(e) (2013) (as made applicable to criminal cases by Ark. R. App. P.–Crim. 4(a) (2013)). Accordingly, we remand the case to the circuit court to correct and supplement the record. The circuit court shall transmit to this court within thirty days from the date of this opinion the corrected-and-supplemented record containing the appropriate judgment-and-commitment order.

Motion granted; remanded to settle the record.